UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEANNINE PRINCE,<br><br>               Plaintiff,<br><br>     v.<br><br>VILLAGE SUPERMARKET, INC.,<br><br>               Defendant. | Civil Action No. 07-1790 (PGS)<br><br>**ORDER** |

This matter comes before the Court on Defendant's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (Docket No. 7) and Plaintiff's request for leave to amend her complaint. Good cause having been shown, and for the reasons set forth on the record at today's hearing, it is hereby

ORDERED that Defendant's motion to dismiss is denied, and it is further

ORDERED that Plaintiff's request for leave to amend her claims brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, is denied; and it is further

ORDERED that Defendant has 20 days from the entry of this Order to Answer Plaintiff's Complaint.

12/18/08

_____
PETER G. SHERIDAN, U.S.D.J.