# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2060**<br>**NEWARK, NJ 07101**<br>**973-297-4887** |

May 7, 2010

## LETTER ORDER

Re:  **Prince v. Village Supermarkets, Inc.**
     **Civil Action No. 07-1790 (PGS)**

Dear Counsel:

A telephone conference has been set before the Undersigned for **May 12, 2010 at 10:00 A.M.**  Counsel for Plaintiff shall initiate the call.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.M.J**